IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–02206–REB–KMT

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

v.

SMOKIN' SPUDS, INC., D/B/A/ MOUNTAINKING POTATOES, and
FARMING TECHNOLOGY, INC.,

      Defendants.

---

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of Defendant's Response filed March 2, 2015 (Doc. No. 52), the EEOC's "Motion to Amend Complaint" (Doc. No. 38, filed Feb. 9, 2015) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file the EEOC's Amended Complaint and Jury Trial Demand (Doc. No. 38-1). It is further order that "Defendant MountainKing's Motion for Partial Dismissal and Defendant FTI's Motion for Dismissal" (Doc. No. 16) is DENIED without prejudice as moot as it is now directed at an inoperative pleading. *See, e.g., Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1997) ("it is well established that an amended complaint ordinarily supersedes the original and renders it of no legal effect") (citation omitted); *Brunet v. The Quizno's Franchize Co. LLC*, No. 07-cv-01717-EWN-KMT, 2008 WL 4380590 (D. Colo. Sept. 24, 2008) (denying motion to dismiss as moot based on the filing of an amended complaint).

Dated: March 3, 2015