IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:   14-cv-02206-REB-KMT | Date:   June 18, 2015 |
| Courtroom Deputy:   Sabrina Grimm | FTR:   Courtroom C-201 |

*Parties:*                                                                                              *Counsel:*

EQUAL EMPLOYMENT OPPORTUNITY                      Loretta Medina
COMMISSION,                                                                           Iris Helpern

    Plaintiff,

v.

SMOKIN' SPUDS, INC., D/B/A/ MOUNTAINKING           Michelle Bohreer
POTATOES, and                                                                       Gregg Rich
FARMING TECHNOLOGY, INC.,                                         Todd Zucker

    Defendants.

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**12:03 p.m.        Court in session.**

Court calls case. Appearances of counsel.

Also present, Lawson Kovalinka for Intervenor Plaintiffs.

Discussion and argument regarding improper questioning at the depositions of the Intervenor Plaintiffs.

**ORDERED:   Plaintiff's Motion for Protective Order [72] is GRANTED, as stated on record.**

Discussion regarding deposition schedule. Parties are permitted to contact the Court should a deposition dispute arise.

**12:36 p.m.        Court in recess.**

Hearing concluded.

Total in-court time   00:33
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.